UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARAO ABEL PEREIRA,<br><br>                    Plaintiff,<br><br>        -against-<br><br>NEW YORK CITY DEPARTMENT OF JUSTICE,<br><br>                    Defendant. | 24-cv-5320 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 02, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 3, 2024
            New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge